# EXHIBIT 2

<u>Big 12 Conference Sports Betting Policy (approved 8/17/2023)</u>

The Big 12 Conference is committed to maintaining the integrity of the Big 12 competitions and that of its members, student-athletes, coaches, and staff. NCAA rules prohibit student-athletes and staff from participating in sports wagering activities and from providing information to individuals involved in or associated with any type of sports wagering activities concerning intercollegiate, amateur, or professional athletics competitions.

Sports wagering has the potential to undermine the integrity of sports competitions and jeopardize the well-being of student-athletes and the intercollegiate athletics community.  It also demeans the competition and competitors alike by spreading a message that is contrary to the purpose and meaning of "sport."

The Big 12 has partnered with U.S. Integrity (USI) since 2019 on sports betting integrity monitoring for football, men's and women's basketball, and game officials for football. Beginning with the 2023/2024 academic year, the Big 12 and its members will expand the partnership with USI. As a result of that expanded partnership, the following services will be mandated by the Conference for Big 12 Member Institutions. Institutions shall work confidentially and collaboratively with the Conference office and USI on sports betting matters that may arise.  All Conference and USI sports betting matters will retain the utmost confidentiality and sensitivity during investigations.

In addition, each Institution shall adopt and implement its own sports wagering policy to codify the following USI services.

<u>Integrity Monitoring</u>
- Integrity monitoring for the Conference and institutions on all Big 12 sponsored sports that have a sports betting handle will be provided on a weekly basis during the competition and postseasons.  Each Institution is required to engage with USI to create customized investigation centers.  Each institution shall also designate a full-time athletics staff member to coordinate with USI and Conference to manage betting activity reporting on contests and situations that may contain nefarious activity.

<u>Education</u>
- USI will provide in-person sports betting education for all student-athletes, coaches, and staff. Each institution at its own expense shall schedule onsite betting education programming for student-athletes, coaches, and athletics staff.  The Conference will annually provide educational materials for institutions and game officials.

<u>Prohibet (Control Mechanism)</u>

- Institutions and Conference staff shall use Prohibet, USI's prohibited bettor solution.  ProhiBet ensures any prohibited individuals (athletes, coaches, or any other persons that regulators or sports properties deem as prohibited) cannot establish accounts or actively wager without regulator/sports property notification. The solution encrypts all data at the source such that all PII ("Personal Identifiable Information") is never shared outside of the authorized parties and notifies the authorized parties in real-time of potential prohibited account openings/wagering activity.

8/17/2023